AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1537 Goodhope Road, SE
d/b/a Rose Mar Liquor Store
Washington, DC

**SEARCH WARRANT**

CASE NUMBER _08- 45 M_

TO: ___Daniel C. Sparks___ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent, Daniel C. Sparks_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location):

1537 Goodhope Road, S.E., Washington, D.C., is the Rose Mar liquor store. A red and white illuminated sign with the name Rose Mar is attached to the front of the store. The numerals 1537 are black in color and are located above the glass front door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**See Attached Affidavit**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _February 1, 2008_
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☒ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

Date _1/24/08 @ 5:53 pm_

**Deborah A. Robinson**
**U.S. Magistrate Judge**

Name and Title of Judicial Officer

at Washington, DC

Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/24/08 | 1/24/08  7:45 p.m. | Plain view in Address |

INVENTORY MADE IN THE PRESENCE OF  SAs Catherine Hanna, Dave LeValley

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached Receipt and Inventory.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

**FILED**

FEB 0 7 2008

Clerk, U.S. District and
Bankruptcy Courts

Subscribed, sworn to, and returned before me this date.

_____
U S Judge or U S Magistrate Judge

02-07-2008
Date

FD-597 (Rev 8-11-94)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-WF-231704

On (date) 1/24/2003        Entry: 7:45pm

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) ROSE MAR Liquor Store

(Street Address) 1537 Good Hope Road SE

(City) WDC

Description of Item(s): ① Located by SAs Sparks and Jacobs in area, by Desk and in pockets of Yellow Jacket in door separating the retail liquor store And Main Floor Liquor Area, #23,628.00 U.S. Currency

② Located by SA Turner in closet next to bathroom of main Floor Liquor Area: Marlin 30/30 rifle SN# 21138947 w/ Tasco 4x32 Scope

③ Stevens 12 GA SN G159986 model 9478 (Located by SA Turner)

④ M200 12 GA. Shotgun SN# P321799 (Located by SA Turner)

⑤ Glenfield .22 cal rifle SN#26428947 (Located by SA Turner)

⑥ Located by Det. Sepek in Liquor Storage Area model CP88 .177 cal Walther pistol SN# A922646

⑦ Located by SA Ryan Liquor Storage Area Main Floor: model 19355 7.65 SN# MACB 17790.

⑧ Located by SA Ryan Liquor Storage Area Main Floor: Python .357 revolver SN# T81016.

⑨ Located by Inv. Fouty Liquor Storage Area Main Floor: RTS model 1966 .22 cal. revolver SN#35243

⑩ Located by Inv. Fouty Liquor Storage Area Main Floor: .38 Smith & Wesson Revolver SN# 185877.

Received By: _[Signature]_ (Signature)    Received From: No one Present (Sign...)

FD-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
#### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) 1/24/2008 _____

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Rosa Mar Liquor Store

(Street Address) 1537 Good Hope Road SE

(City) WDC

Description of Item(s): (1) Located by Det. Separk Liquor Storage Area Main Floor: .38 cal 5 shot revolver SN# 63667

(2) Located by SA Jacob Liquor Storage Area Main Floor: Smith & Wesson .357 revolver SN# BBD0058.

(3) Located by SA Turner Liquor Storage Area Main Floor in closet next to bathroom: 10 rounds of 30/30 Ammo.

(4) Located by SA Turner / See Item 13: 4 x 12 gauge S/G shells.

(5) Located by SA Turner / ~~shells~~ by sink in liquor storage Area Main Floor: various amounts of .22 cal; 5mm; 30.06; and .32 cal. ammunition.

(6) Located by Det. Edwards in jacket pocket of tan hunting vest hanging by freezer door Liquor Storage Area Main Floor: various types of ammunition; 2x S/G shells; Glock magazine w/ 7 x 9mm rounds; Lorcin magazine loaded with 6 x 9mm rounds; Virginia hunting license in name of David Nikolow.

(7) Located by SA Turner Liquor Storage Area Main Floor: violin in black case.

(8) Same as Item 17 above.

Received By: _[Signature]_ (Signature)    Received From: No one present (Signature)

FD-597 (Rev 8-11-94)                                                    Page __3__ of __4__

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) _____1/24/08_____

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _ROSE MAR LIQUOR STORE_

(Street Address) _1537 Good Hope Road SE_

(City) _WDC_

Description of Item(s): (19) Located by DET SEPEK Liquor Storage Area Main Floor; various types of Jewelry.

(20) Located by DET. Sepek from Safe (Big): Gold Jewelry

(21) Located by DET Sepek Liquor Storage Area Main Floor: 2x Blue Coach Handbags.

(22) Located by SA Hanna Liquor Storage Area Main Floor: 7x Chanel Bags (1 Blue; 1 Orange; 5 Black)

(23) Located by SA Hanna (SER 22 Above); 1 Coach and 4x Gucci hand bags.

(24) Located by SA Hanna (SER 22 Above) $ 11x Gucci; and 2x coach and 1x Chanel Handbags.

(25) Located by SA Jacob Liquor Storage Area Main Floor: 4x Coach Handbags (2 Red + 2 Blue)

(26) Misc. Documents from Liquor Storage Main Floor.

(27) Tin Box Containing Numerous coins and dollar and #2 bills located by IARI Forty Liquor Storage Area Main Floor.

(28) Located by DET. Edwards Jacket pocket of Tan Hunting/Fishing Vest Liquor Storage Area Main Floor: 3x zips of off-white rock-like substance; one white pill; one blue zip of white powder.

Received By: _(Signature)_                Received From: _No one present_
(Signature)                                   (Signature)

FD-597 (Rev 8-11-94)                                                                                    Page __4__ of __4__

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) ____1/24/08____                                      item(s) listed below were:
                                                              ☐ Received From
                                                              ☐ Returned To
                                                              ☐ Released To
                                                              ☒ Seized

(Name)___ROSE MAR LIQUOR STORE_____

(Street Address)___1537 Good Hope Road SE_____

(City)_____WDC_____

Description of Item(s) (29) Located by DET SEPEK in Liquor Storage Area Main Floor; Shotgun shells; 30.06 Ammo; one Magazine to a rifle.

Received By: _David G. Spal_ (Signature)    Received From: _No one present_ (Signature)

FD-597 (Rev 8-11-94)

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 245D- WF-231704

On (date) 1/25/18

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) ROSE MAR LIQUORS

(Street Address) 1537 Good Hope Road

(City) WDC

Front Counter Area @ Entrance to Store room

Description of Item(s):

Wood box with silver leaf pattern design on top w/ photo misc jewelry inside    Swinson

Silver & Gold colored "Reflections" pen w/ case "Jay F Burks" Swinson

1 Bag w/ misc jewelry includes watches, rings etc Bay #1

1 Gold colored Movado Watch

1 woodcase w/ glass containing 10 pens    (Swinson)

1 Bag containing Misc Jewelry, watches, rings, earrings (Swinson) #2

1 Bay Misc watches & Jewelry, necklaces, etc #3 Swinson

1 Bay Misc Coins silver spoons & silverware #4 Wise

1 Bag Misc old coins Bag #5    (Swinson)

1 Bag Misc Jewelry watches, rings, etc Bag #6 (Swinson)

1 Bag Misc Jewelry, watches, Broches, etc (#7) (LaValley)

1 US Passport Rigby's, Edward

1 Bag Undetermined amount of cash from Register #1 & Misc Jewelry

1 Bag Undetermined amount of cash from Register #2

Wallet Black w/ $287 in us currency & misc it & pictures

1 Box misc coins and US currency - Undetermined amount #

Received By: _____ (Signature)    Received From: NO ONE PRESENT (Signature)

FD-597 (Rev 8-11-94)

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File #  245D-WF-231704

On (date)  01/25/08

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name)  ROSE MAR LIQUORS

(Street Address)  1537 Good Hope Road

(City)  WDC

Front Counter area to Entrance to store room

Description of Item(s):

USMC Kabar Knife (Brown) inscribed w/ "C. M. Ferrer"
Black Mag-Lite Flashlite w/ inscription Baltimore City PD (LeValley)
Brown Wallet w/ Misc Identification "Dominic Hargrove (Swinson
Hand carved Mask w/shells & bells (Swinson)
Maryland license plate 38786 1 G                    (Swinson)
Silver knife w/ leather sheath w/ Inscription on blade (Garvey)
1 Box w/ items with Skll numbers  Box #1        Swinson
1 Box w/ Electronics/Phones    Box # 2         Swinson
1 Small Brown knife w/ leather sheath/ Gold color Trim (Garvey)
1 Box w/ items w/ Skull's   Box #3
1 Blue Crate w/ items w/ skull numbers  Box #4
1 Bag w/ lock picking tools
1 Bag w/ misc coins and U.S. currency - Undetermined amount
1 Ziploc bag w/ pictures and slips of paper w/ Names & Numbers
1 Marlin model 1892 .22 cal Rifle sn # 251 215

D CS

Received By: _[signature]_                      Received From: _No one present_
              (Signature)                                          (Signature)

FD-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245D - WF - 231704

TRUCK

On (date) 1/26/2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) ROSE MAR LIQUORS

(Street Address) 1537 Good Hope Road SE

(City) WDC

Description of Item(s):

1. 20 Mountain-style bicycles
2. #5 Power saws
3. 1 violin
4. 1 flute
5. 1 laser level
6. 1 pneumatic nail gun
7. 1 laminate slitter
8. 8 power drills
9. 12 power saws
10. 1 basecket of hammers
11. 2 Yard machine lawnmowers
12. 1 blue bag of tools
13. 1 hunting bow
14. 6 fluoresent overhead lights
15. 1 box of random tools
16. 5 boxes of boosted tools
17. 3 bags of tools
18. 1 wall picture
19. 1 Sears air compressor

Received By: _____ (Signature)

Received From: NO ONE PRESENT (Signature)

FD-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _245 D- WF- 23/70 4_

TRUCK

On (date) _1/26/08_

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _ROSE MAR LIQUOR_

(Street Address) _1537 Good Hope Rd SE_
_WDC_

(City) _WDC_

Description of Item(s):

| | |
|---|---|
| 20 | 1 pipe bender |
| 21 | 1 money counter |
| 22 | 1 yellow bucket of tools |
| 23 | 1 tool belt w/ tools |
| 24 | 1 De Walt radial saw |
| 25 | 1 band saw |
| 26 | 1 right angle drill |
| 27 | 6 power drills |
| 28 | 1 power cutter |
| 29 | 1 rotary hammer |
| 30 | 1 saw |
| 31 | 1 sander |
| 32 | 2 power chain saws |
| 33 | 2 drills |
| 34 | 3 saws |
| 35 | 2 miter saws |
| 36 | 3 drills |
| 37 | 1 sander |
| 38 | 1 miter saw |

Received By: _Cecil C____ (Signature)

Received From: _____ NO ONE present (Signature)

FD-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # __2450-WF-231704__

Truck

On (date) __1/28/08__

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) __Rose Mar Liquor__

(Street Address) __1537 Good Hope Rd, SE__

(City) __WDC__

Description of Item(s): _____

- (39) 1 chain saw
- (40) 1 yellow box with 2 saws
- (41) 1 pruner
- (42) 1 generator
- (43) 1 air compressor
- (44) 1 table saw
- (45) 1 snake on coil
- (46) 1 weed eater
- (47) 2 drills
- (48) 1 jackhammer
- (49) 1 bandsaw
- (50) 1 drill
- (51) 1 saw
- (52) 1 saw
- (53) 1 circular saw
- (54) 2 saws
- (55) 2 drills
- (56) 1 router saw
- (57) 5 drills in cardboard box

Received By: __Cattle C__
(Signature)

Received From: __No one present__
(Signature)

FD-597 (Rev 8-11-94)

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

*Truck*

File # 245D-WF-23704

On (date) 1/25/08

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Rose Mar Liquor

(Street Address) 1537 Good Hope Rd SE

(City) WDC

Description of Item(s):

- 58) 1 saw in black Hitachi box
- 59) 1 drill
- 60) 1 saw.
- 61) 1 bag of tools
- 62) 1 drill
- 63) 1 punch set
- 64) 1 gray bin of power tools
- 65) 1 Zenith amplifier
- 66) 1 Sony tape deck
- 67) 1 Sony tuner
- 68) 1 Magnavox CD changer
- 69) 1 Sony surround sound
- 70) 2 Sony speakers
- 71) 1 silver box of tools
- 72) 1 craftsman tank
- 73) 1 drill
- 74) 1 drill
- 75) 1 weed wacker
- 76) 1 gray bin of tools

Received By: _Caleb_ (Signature)

Received From: _No one present_ (Signature)

FD-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

TRuck

File # 2450- WF- 231704

On (date)  1/26/08

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [X] Seized

(Name)  Rose Mar Liquor

(Street Address)  1537 GoodHope Rd SE

(City)  WDC

Description of Item(s):

(77) 3 drills
(78) 1 saw
(79) 1 sander
(80) 1 acetylene torch
(81) 1 air compressor
(82) 1 drill
(83) 1 saw
(84) 2 Werner 10-ft ladders
(85) 1 box of misc. tools
(86) 1 drill
(87) 2 sanders
(88) 2 drills
(89) 1 actuator tool
(90) 1 boat motor
(91) Box of misc. personal electronics / baseball cards
(92) 1 10" bench saw
(93) 1 band saw
(94) 1 saws-all
(95) 1 nailer

Received By:  _____ (Signature)

Received From:  _____ NO one present (Signature)

FD-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

TRUCK

File # 245D-WF-231704

On (date) 1/25/08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Rosemar Liquor

(Street Address) 1537 Good Hope Rd SE

(City) WDC

Description of Item(s):

26) 1 saw

27) 1 Paslode Finish Nailer

28) 2 drills

Nothing Further (Gmh)

Received By: _____ (Signature)

Received From: _____ NO OWR present (Signature)

FD-597 (Rev 8-11-94)

Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) ___1/26/08___

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____ROSE MAR LIQUORS_____

(Street Address) _____1537 Good Hope Rd SE_____

(City) _____WDC_____

Description of Item(s): (1) ONE Winchester model 1890 .22 CAL,
pump rifle SN# 45784
(2) ONE black plastic bag containing Foreign/Collectible coins
(3) ONE silver Orvin pocketwatch w/train Engine on back  * broken
(4) ONE letter in Russian Addressed to David Nicolov
(5) ONE clear plastic bag containing collectible coins

Received By: _____[Signature]_____ (Signature)    Received From: _____No ONE present_____ (Signature)

FD-597 (Rev 8-11-94)                                                                    Page ___1___ of _____

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) ____1/30/08_____

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☑ Seized

(Name) ___ROSE MAR LIQOURS_____

(Street Address) ___1537 Good Hope RD SE___

(City) ___WDC___

Description of Item(s): _____

① Tax Returns + Assorted Mail Matter + Dog Photo * Numerous Polaroids

② PAyroll Documents for NIKolowdiAN Enterprises * Dist. PRICE 113

③ ONE Box oF MACALLAN Single Highlands MAlt Scotch whiskey 1946

DCS

Received By: ___Daniel Fawch___ (Signature)    Received From: ___NO ONE PRESENT___ (Signature)

# OFFICE OF THE CHIEF MEDICAL EXAMINER
GOVERNMENT OF THE DISTRICT OF COLUMBIA
1910 Massachusetts Avenue, SE, Bldg. #27
Washington D.C 20003

# TRANSFER OF CUSTODY

**FROM:**

      TITLE→ **Special Agent Michelle Miller FBI Washington Field Office**

**TO:**

      TITLE→ **MB Petrasek PA-C/MLI**

**CASE NUMBER: 08-0221**

**DECEDENT'S NAME:  Unidentified.**

**DESCRIPTION:**

2 Tyvek bags:

One bag labeled cheese cloth 1537 Good Hope Rd SE  file number 245 D WF 231704

One bag labeled Blue towels :Pupae casings 1537 Good Hope Rd SE  file number 245D WF 231704

**RECEIVED BY:**
I hereby acknowledge receipt of the items described above.

NAME: _M.B PETRASEK PAC/ MLI_          TITLE: _____
( PLEASE PRINT)

SIGNATURE: _MB Petrasek PA/MLI_  DATE: _1 25 07_

**RECEIVED FROM :**

NAME: _SA Michelle Miller_          TITLE: _Special Agent_
( PLEASE PRINT)

SIGNATURE: _SA Michelle Miller_   DATE: _1/25/08_

FD-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

**File #** _____

On (date) ___1/31/08___

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) ___ROSE MAR LIQUORS___

(Street Address) ___1537 Good Hope Road SE___

(City) ___WDC___

Description of Item(s): (1) DEPT. OF DEFENSE BADGE #12 AND
ED FOLDER FOR Rudolph H. KEYS DOB: 9/16/44;
SSAN 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

Received By: ___(Signature)___    Received From: ___No one present___
(Signature)                        (Signature)

# ROSE-MAR LIQUIOR INVENTORY

| ID | PCN | ITEM | CCN | DATE | DESCRIPTION | SERIAL NUMBER | P SIZE CODE |
|---|---|---|---|---|---|---|---|
| 1 | Z64193 | 1 | 08-080-369 | 1/30/2008 | BIKE QUICK SILVER | HJ0271526 | 14 = Bike |
| 2 | Z64193 | 2 | 08-080-369 | 1/30/2008 | SCHWIN BLUE & SILVER | 1SM2103231 | 14 = Bike |
| 3 | Z64193 | 3 | 08-080-369 | 1/30/2008 | SCHWIN RED | CSC3B0639 | 14 = Bike |
| 4 | Z64193 | 4 | 08-080-369 | 1/30/2008 | ABS | J01500015 | 14 = Bike |
| 5 | Z64041 | 1 | 08-080-369 | 1/29/2008 | BLACK DECKER CIRCULAR SAW | 216239502GS | 06 = Other |
| 6 | Z64193 | 5 | 08-080-369 | 1/30/2008 | GARY FISHER CAPITOLA | Z92CM362 | 14 = Bike |
| 7 | Z64041 | 6 | 08-080-369 | 1/30/2008 | SPECIALIZED | P3AJ85001 | 14 = Bike |
| 8 | Z64041 | 2 | 08-080-369 | 1/29/2008 | DEWALT CORDLESS DRILL W/ BATTERY & CHARGER | 397138 | 06 = Other |
| 9 | Z64193 | 7 | 08-080-369 | 1/30/2008 | TREK | TBT0406C93CM734 | 14 = Bike |
| 10 | Z64193 | 8 | 08-080-369 | 1/30/2008 | PACIFIC | C69V9565 | 14 = Bike |
| 11 | Z64041 | 3 | 08-080-369 | 1/29/2008 | CORNERSTONE CHROME KITCHEN FAWCET | 40611 | 06 = Other |
| 12 | Z64041 | 4 | 08-080-369 | 1/29/2008 | HILTI TE5 CORD DRILL & BITS | 201004 | 06 = Other |
| 13 | Z64193 | 9 | 08-080-369 | 1/30/2008 | MONGOOSE | C1123BJ964 | 14 = Bike |
| 14 | Z64041 | 5 | 08-080-369 | 1/29/2008 | JOHN DEER LEAF BLOWER | 05-99 | 06 = Other |
| 15 | Z64041 | 6 | 08-080-369 | 1/29/2008 | YAMAHA ACOUSTIC GUITAR W/CASE | G-170A | 06 = Other |
| 16 | Z64193 | 10 | 08-080-369 | 1/30/2008 | DEER RIDING LAWNMOWER | | 06 = Other |
| 17 | Z64193 | 11 | 08-080-369 | 1/30/2008 | DIRT BIKE (KAWASAKI) | | 14 = Bike |
| 18 | Z64041 | 7 | 08-080-369 | 1/29/2008 | BLACK & DECKER CIRCULAR SAW | 7358 | 06 = Other |
| 19 | Z64193 | 13 | 08-080-369 | 1/30/2008 | DIRT BIKE (KAWASAKI) | | 14 = Bike |
| 20 | Z64041 | 8 | 08-080-369 | 1/29/2008 | TSURMI PUMP | T-6129058 | 06 = Other |
| 21 | Z64041 | 9 | 08-080-369 | 1/29/2008 | BOSCH SAW | 3670092 | 06 = Other |
| 22 | Z64196 | 1 | 08-080-369 | 1/30/2008 | CRAFTSMAN'S DRILL (2) | | 06 = Other |
| 23 | Z64041 | 10 | 08-080-369 | 1/29/2008 | BOSCH ROTO ZIP SPIRAL SAW | 1133 | 06 = Other |
| 24 | Z64041 | 11 | 08-080-369 | 1/29/2008 | BLACK & DECKER DRILL | 35228 | 06 = Other |
| 25 | Z64041 | 12 | 08-080-369 | 1/29/2008 | DEWALT CORDLESS DRILL W/BATTERY | 442479 | 06 = Other |
| 26 | Z64196 | 2 | 08-080-369 | 1/30/2008 | BLACK & DECKER SET (2) | | 06 = Other |
| 27 | Z64041 | 13 | 08-080-369 | 1/29/2008 | ELECTRIC GUITAR RED | 559-1412 STICKER | 06 = Other |
| 28 | Z64041 | 14 | 08-080-369 | 1/29/2008 | HARMONY GUITAR BLACK | | 06 = Other |
| 29 | Z64041 | 15 | 08-080-369 | 1/29/2008 | EPPHONE ACOUSTIC GUITAR BROWN | 582754 | 06 = Other |
| 30 | Z64041 | 16 | 08-080-369 | 1/29/2008 | DEWALT CORDLESS DRILL | 172985 | 06 = Other |
| 31 | Z64196 | 3 | 08-080-369 | 1/30/2008 | DEWALT SET (2) | | 06 = Other |
| 32 | Z64041 | 18 | 08-080-369 | 1/29/2008 | MK170 TILE SAW | A012004 | 06 = Other |
| 33 | Z64196 | 4 | 08-080-369 | 1/30/2008 | TRACK FORCE SET (2) | | 06 = Other |

# ROSE-MAR LIQUOR INVENTORY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 34 | Z64041 | 17 | 08-080-369 | 1/29/2008 | TACKLE BOX GREY W/ASSORTED TACKLE | | 06 = Other |
| 35 | Z64196 | 5 | 08-080-369 | 1/30/2008 | DEWALT SET (3) | | 06 = Other |
| 36 | Z64041 | 19 | 08-080-369 | 1/29/2008 | PIONEER CAR STEREO | | 06 = Other |
| 37 | Z64196 | 6 | 08-080-369 | 1/30/2008 | SKILL SET (3) | | 06 = Other |
| 38 | Z64196 | 7 | 08-080-369 | 1/30/2008 | BLACK & DECKER SET (2) | | 06 = Other |
| 39 | Z64041 | 20 | 08-080-369 | 1/29/2008 | COLEMAN POWER MATE | | 06 = Other |
| 40 | Z64196 | 8 | 08-080-369 | 1/30/2008 | MILWAUKEE SET (2) | | 06 = Other |
| 41 | Z64041 | 21 | 08-080-369 | 1/29/2008 | ACOUSTIC GUITAR " GLOBAL" | 4002 | 06 = Other |
| 42 | Z64196 | 9 | 08-080-369 | 1/30/2008 | RVOBI SET (3) | | 06 = Other |
| 43 | Z64196 | 10 | 08-080-369 | 1/30/2008 | MILWAUKEE SET (2) | | 06 = Other |
| 44 | Z64041 | 22 | 08-080-369 | 1/29/2008 | DEWALT CORDLESS DRILL | 154519 | 06 = Other |
| 45 | Z64196 | 11 | 08-080-369 | 1/30/2008 | RVOBI SET (2) | | 06 = Other |
| 46 | Z64041 | 23 | 08-080-369 | 1/29/2008 | JVC BOOM BOX | 163X1108 | 06 = Other |
| 47 | Z64041 | 24 | 08-080-369 | 1/29/2008 | GREY/SILVER CANE | | 06 = Other |
| 48 | Z64196 | 12 | 08-080-369 | 1/30/2008 | CAMPBELL HOUSFIELD SET (2) | | 06 = Other |
| 49 | Z64041 | 25 | 08-080-369 | 1/29/2008 | 12 VOLT BOOSTER PACK | ES2500 | 06 = Other |
| 50 | Z64196 | 13 | 08-080-369 | 1/30/2008 | VARIOUS SANDERS DRILLS (5) | | 06 = Other |
| 51 | Z64041 | 26 | 08-080-369 | 1/29/2008 | SAMSUNG CAMERA | 76410994 | 06 = Other |
| 52 | Z64196 | 14 | 08-080-369 | 1/30/2008 | HONDA RENEGADE COMPRESSOR (1) | 1234 | 06 = Other |
| 53 | Z64041 | 27 | 08-080-369 | 1/29/2008 | MINOLTA FREEDOM CAMERA | 97310598 | 06 = Other |
| 54 | Z64041 | 28 | 08-080-369 | 1/29/2008 | ASPEN BINOCULARS | 7X35WA | 06 = Other |
| 55 | Z64196 | 15 | 08-080-369 | 1/30/2008 | DEWALT TABLE SAW (1) | 27221 | 06 = Other |
| 56 | Z64041 | 29 | 08-080-369 | 1/29/2008 | WILMER FOOD WASTE DISPOSER | 53-1010 | 06 = Other |
| 57 | Z64041 | 30 | 08-080-369 | 1/29/2008 | BLACK & DECKER CROSSHAIR LASER - LEVEL | 143769 | 06 = Other |
| 58 | Z64196 | 16 | 08-080-369 | 1/30/2008 | DEWALT TABLE SAW (1) | 80177 | 06 = Other |
| 59 | Z64196 | 17 | 08-080-369 | 1/30/2008 | DEWALT TABLE SAW (1) | 229482 | 06 = Other |
| 60 | Z64041 | 31 | 08-080-369 | 1/29/2008 | SONY CD PLAYER - BLACK | CDX C460 | 06 = Other |
| 61 | Z64041 | 32 | 08-080-369 | 1/29/2008 | ALPINE CD PLAYER FACE PLATE | CDA-9807 | 06 = Other |
| 62 | Z64196 | 18 | 08-080-369 | 1/30/2008 | DEWALT SAW (2) | | 06 = Other |
| 63 | Z64041 | 33 | 08-080-369 | 1/29/2008 | BROWN WOOD BOX ASSORTED SILVERWARE | | 06 = Other |
| 64 | Z64041 | 34 | 08-080-369 | 1/29/2008 | MINOLTA CAMERA | 31806099 | 06 = Other |
| 65 | Z64196 | 19 | 08-080-369 | 1/30/2008 | SALLISAW SAW | | 06 = Other |
| 66 | Z64041 | 35 | 08-080-369 | 1/29/2008 | BLACK BAG "IMPRESSIONS" & ASSORTED RADIOS | | 06 = Other |
| 67 | Z64196 | 20 | 08-080-369 | 1/30/2008 | POULAN BLOWER (1) | 05242N1327841 | 06 = Other |

# ROSE-MAR LIQUIOR INVENTORY

| # | | | | | Description | Serial | Code |
|---|---|---|---|---|---|---|---|
| 68 | Z64041 | 36 | 08-080-369 | 1/29/2008 | BLACK BAG W/ TOOLS | | 06 = Other |
| 69 | Z64041 | 37 | 08-080-369 | 1/29/2008 | VOLT-CON TESTER | | 06 = Other |
| 70 | Z64196 | 21 | 08-080-369 | 1/30/2008 | PORTER CABLE COMPRESSOR (1) | 2021212174 | 06 = Other |
| 71 | Z64041 | 38 | 08-080-369 | 1/29/2008 | FORFEX BABLLISS PRO CLIPPERS | | 06 = Other |
| 72 | Z64196 | 22 | 08-080-369 | 1/30/2008 | NIOTA GENERATOR (1) | 040606078 | 06 = Other |
| 73 | Z64041 | 39 | 08-080-369 | 1/29/2008 | GREY BAG W/ VCR SANSUI | | 06 = Other |
| 74 | Z64196 | 23 | 08-080-369 | 1/30/2008 | DEWALT HONDA GENERATOR (1) | 23347 | 06 = Other |
| 75 | Z64196 | 40 | 08-080-369 | 1/29/2008 | PORTABLE COMPACT CD PLAYER DRILL | C969 | 06 = Other |
| 76 | Z64196 | 24 | 08-080-369 | 1/30/2008 | HOMELITE SAW (1) | HP2090149 | 06 = Other |
| 77 | Z64041 | 41 | 08-080-369 | 1/29/2008 | CRAFTSMAN CORDLESS DRILL | 61324 | 06 = Other |
| 78 | Z64041 | 42 | 08-080-369 | 1/29/2008 | KODAK DIGITAL CAMERA & TWO DIGITAL CAMERAS IN SILVER CASE | | 06 = Other |
| 79 | Z64196 | 25 | 08-080-369 | 1/30/2008 | FORREY COMPRESSOR (1) | 56704P | 06 = Other |
| 80 | Z64041 | 43 | 08-080-369 | 1/29/2008 | BLUE & BLACK CRAFTSMAN BAG W/ MISC TOOLS | | 06 = Other |
| 81 | Z64196 | 26 | 08-080-369 | 1/30/2008 | MARLEY FAN (1) | MV1B36B | 06 = Other |
| 82 | Z64041 | 44 | 08-080-369 | 1/29/2008 | SNAP-ON DRILL | 49006 | 06 = Other |
| 83 | Z64041 | 45 | 08-080-369 | 1/29/2008 | DEWALT CORDLESS DRILL | 924488 | 06 = Other |
| 84 | Z64196 | 27 | 08-080-369 | 1/30/2008 | RIGID DRILL SET (1) | | 06 = Other |
| 85 | Z64041 | 46 | 08-080-369 | 1/29/2008 | BLACK & DECKER DRILL | 20042640 | 06 = Other |
| 86 | Z64196 | 28 | 08-080-369 | 1/30/2008 | GE AIR COMPRESSOR | TNJ151221 | 06 = Other |
| 87 | Z64196 | 29 | 08-080-369 | 1/30/2008 | AIR COMPRESSOR (1) | | 06 = Other |
| 88 | Z64196 | 30 | 08-080-369 | 1/30/2008 | HONDA GENERATOR (1) | | 06 = Other |
| 89 | Z64196 | 31 | 08-080-369 | 1/30/2008 | MTO SHREDDER/CHIPPER (1) | 1270B | 06 = Other |
| 90 | Z64196 | 32 | 08-080-369 | 1/30/2008 | CRAFTSMAN ED GER (1) | | 06 = Other |
| 91 | Z64041 | 47 | 08-080-369 | 1/29/2008 | IBM COMPUTER TOWER | 02670284215 | 06 = Other |
| 92 | Z64196 | 33 | 08-080-369 | 1/30/2008 | CRAFTSMAN WEED (1)TRIMMER (1) | 032301M007372 | 06 = Other |
| 93 | Z64041 | 48 | 08-080-369 | 1/29/2008 | KENWOOD SPEAKER BLACK | 20600126 | 06 = Other |
| 94 | Z64041 | 49 | 08-080-369 | 1/29/2008 | BOX OF FUJI 10 PK CD-R | | 06 = Other |
| 95 | Z64041 | 50 | 08-080-369 | 1/29/2008 | BLUE NFL BAG TWO-CAMCORDERS ONE-DIGITAL CAMERA ONE-CLIPPER | | 06 = Other |
| 96 | Z64041 | 51 | 08-080-369 | 1/29/2008 | GREY BAG W/ASSORTED JEWELRY | | 06 = Other |
| 97 | Z64196 | 34 | 08-080-369 | 1/30/2008 | POULAN LAWN MOWER (1) | | 06 = Other |
| 98 | Z64041 | 52 | 08-080-369 | 1/29/2008 | RED BOX ASSORTED JEWELRY | | 06 = Other |
| 99 | Z64041 | 53 | 08-080-369 | 1/29/2008 | BOX OF 24 TRI TECH MOTOR PET DETECTORS | 011492M002189 | 06 = Other |
| 100 | Z64196 | 35 | 08-080-369 | 1/30/2008 | TORSO LAWN MOWER (1) | Z00000607 | 06 = Other |

# ROSE-MAR LIQUOR INVENTORY

| | | | | | |
|---|---|---|---|---|---|
| 101 | Z64041 | 08-080-369 | 1/29/2008 | BOX OF KOOL MILES LIGHTING PACK SIGN | | 06 = Other |
| 102 | Z64041 | 08-080-369 | 1/29/2008 | STABBING OBJECT & SHEATH | | 06 = Other |
| 103 | Z64041 | 08-080-369 | 1/29/2008 | MAKITA DRILL | 530860 | 06 = Other |
| 104 | Z64196 | 08-080-369 | 1/30/2008 | WEED WACKERS (2) | | 06 = Other |
| 105 | Z64041 | 08-080-369 | 1/29/2008 | DEWALT DRILL | 139995 | 06 = Other |
| 106 | Z64196 | 08-080-369 | 1/30/2008 | BLACK & DECKER EDGER'S (2) | | 06 = Other |
| 107 | Z64041 | 08-080-369 | 1/29/2008 | AIR COMPRESSOR | SC773 | 06 = Other |
| 108 | Z64041 | 08-080-369 | 1/29/2008 | BOSTICH NAIL GUN | | 06 = Other |
| 109 | Z64196 | 08-080-369 | 1/30/2008 | BLACK & DECKER WEED EATERS (2) | | 06 = Other |
| 110 | Z64041 | 08-080-369 | 1/30/2008 | ELECTRICAL TESTER (FLUKE) | | 06 = Other |
| 111 | Z64196 | 08-080-369 | 1/30/2008 | JOHN DEER WEED WACKERS(2) | | 06 = Other |
| 112 | Z64041 | 08-080-369 | 1/29/2008 | EPSON P2000 MEDIA VIEWER | GKR0023918 | 06 = Other |
| 113 | Z64041 | 08-080-369 | 1/29/2008 | MACHETE | | 06 = Other |
| 114 | Z64196 | 08-080-369 | 1/30/2008 | BLACK & DECKER SAW (1) | 186661 | 06 = Other |
| 115 | Z64041 | 08-080-369 | 1/29/2008 | MILWAUKEE HAMMER DRILL | 495D397320062 | 06 = Other |
| 116 | Z64041 | 08-080-369 | 1/29/2008 | AMPLIPHER DHD | 97073800 | 06 = Other |
| 117 | Z64196 | 08-080-369 | 1/30/2008 | ECHO BLOWER (1) | 125890 | 06 = Other |
| 118 | Z64041 | 08-080-369 | 1/29/2008 | BLACK & DECKER POWER TOOL | 8E7 | 06 = Other |
| 119 | Z64196 | 08-080-369 | 1/30/2008 | CRAFTSMAN SAW (2) | | 06 = Other |
| 120 | Z64041 | 08-080-369 | 1/29/2008 | ASSORTED ITEMS (LOCKS, AIRFRESHERS) | | 06 = Other |
| 121 | Z64196 | 08-080-369 | 1/30/2008 | MINN KOTA BOAT MOTOR (1) | MKJE0092847 | 06 = Other |
| 122 | Z64041 | 08-080-369 | 1/29/2008 | GREEN ALUMINUM LADDER | | 06 = Other |
| 123 | Z64041 | 08-080-369 | 1/29/2008 | ASSORTED ITEMS FOUR PURSE, SHAVERS, AND FILM | | 06 = Other |
| 124 | Z64196 | 08-080-369 | 1/30/2008 | CRAFTSMAN DRILL (1) | | 06 = Other |
| 125 | Z64041 | 08-080-369 | 1/29/2008 | LIGHT FIXTURES - 2 | | 06 = Other |
| 126 | Z64196 | 08-080-369 | 1/30/2008 | DUREX TOOL SET (1) | | 06 = Other |
| 127 | Z64041 | 08-080-369 | 1/29/2008 | ASSORTED CAMERAS & POWER CORDS | | 06 = Other |
| 128 | Z64196 | 08-080-369 | 1/30/2008 | CRAFTSMAN SANDER (1) | | 06 = Other |
| 129 | Z64041 | 08-080-369 | 1/29/2008 | POCKET KNIVES SIXTEEN & ASSORTED TOOLS | | 06 = Other |
| 130 | Z64196 | 08-080-369 | 1/30/2008 | CRAFTSMAN TOOLBOX (1) | KONE | 06 = Other |
| 131 | Z64041 | 08-080-369 | 1/29/2008 | SPEAKER | | 06 = Other |
| 132 | Z64041 | 08-080-369 | 1/29/2007 | VACUUM CLEANER (SANITARIA) | | 06 = Other |
| 133 | Z64196 | 08-080-369 | 1/30/2008 | CRAFTSMAN TOOLBOX (1) | RALLY | 06 = Other |
| 134 | Z64041 | 08-080-369 | 1/29/2008 | RUG | | 06 = Other |

# ROSE-MAR LIQUIOR INVENTORY

| # | Code | No. | Case | Date | Description | Serial/Model | Category |
|---|------|-----|------|------|-------------|--------------|----------|
| 135 | Z64041 | 75 | 08-080-369 | 1/29/2008 | HALE WINE REFRIGERATION | 07017034A5220021204 A0062 | 06 = Other |
| 136 | Z64041 | 76 | 08-080-369 | 1/29/2008 | ORGAN | | 06 = Other |
| 137 | Z64196 | 49 | 08-080-369 | 1/30/2008 | CRAFTSMAN TOOLBOX (1) | IVEC | 06 = Other |
| 138 | Z64041 | 77 | 08-080-369 | 1/29/2008 | MAGNAVOX RECEIVER | 3017M24 1B | 06 = Other |
| 139 | Z64196 | 50 | 08-080-369 | 1/29/2008 | DEWALT DRILL BATTERY (1) | | 06 = Other |
| 140 | Z64041 | 78 | 08-080-369 | 1/29/2008 | AIR CONDITIONER | | 06 = Other |
| 141 | Z64196 | 51 | 08-080-369 | 1/30/2008 | ASSORTED TOOLS BEIGE BIN 0(1) | | 06 = Other |
| 142 | Z64041 | 79 | 08-080-369 | 1/29/2008 | CASSETTE RECORDER | C8485MBLU | 06 = Other |
| 143 | Z64196 | 52 | 08-080-369 | 1/30/2008 | PANASONIC ASSORTED TOOLS (1) | | 06 = Other |
| 144 | Z64196 | 1 | 08-080-369 | 1/29/2008 | MERCEDES TIRE & RIM | | 06 = Other |
| 145 | Z64196 | 53 | 08-080-369 | 1/30/2008 | CRAFTSMAN GRINDER (1) | 397 | 06 = Other |
| 146 | Z64076 | 2 | 08-080-369 | 1/29/2008 | MERCEDES TIRE & RIM | | 06 = Other |
| 147 | Z64076 | 3 | 08-080-369 | 1/29/2008 | MERCEDES TIRE & RIM | | 06 = Other |
| 148 | Z64079 | 4 | 08-080-369 | 1/29/2008 | MERCEDES TIRE & RIM | | 06 = Other |
| 149 | Z64196 | 54 | 08-080-369 | 1/30/2008 | JOHN DEERE SHOVELS (4) | | 06 = Other |
| 150 | Z64076 | 5 | 08-080-369 | 1/29/2008 | KELLY SAFARI SJR TIRE | | 06 = Other |
| 151 | Z64196 | 55 | 08-080-369 | 1/30/2008 | JOHN DEERE SHOVELS (6) | | 06 = Other |
| 152 | Z64076 | 6 | 08-080-369 | 1/29/2008 | KELLY SAFARI SJR TIRE | | 06 = Other |
| 153 | Z64076 | 7 | 08-080-369 | 1/29/2008 | KELLY SAFARI SJR TIRE | | 06 = Other |
| 154 | Z64196 | 56 | 08-080-369 | 1/30/2008 | JOHN DEERE SHOVELS (8) | | 06 = Other |
| 155 | Z64196 | 57 | 08-080-369 | 1/30/2008 | WERNERLATOOER/RAKE | | 06 = Other |
| 156 | Z64076 | 8 | 08-080-369 | 1/29/2008 | BLACK & DECKER 12" CUT OFF SAW | 83400969 | 06 = Other |
| 157 | Z64076 | 9 | 08-080-369 | 1/29/2008 | CRAFTSMAN EDGER TRIMMER | 251.796421 | 06 = Other |
| 158 | Z64197 | 1 | 08-080-369 | 1/30/2008 | SNOW BLOWER (YARDMAN) | 5771 | 06 = Other |
| 159 | Z64076 | 10 | 08-080-369 | 1/29/2008 | BOX 12 CAR CLUBS | | 06 = Other |
| 160 | Z64076 | 11 | 08-080-369 | 1/29/2008 | SEARS CRAFTSMAN LAWN MOWER | 004161 | 06 = Other |
| 161 | Z64076 | 12 | 08-080-369 | 1/29/2008 | SNAPPER LAWN MOWER | 0923713 | 06 = Other |
| 162 | Z64076 | 13 | 08-080-369 | 1/29/2008 | MURRAY LAWN MOWER | 9501252D | 06 = Other |
| 163 | Z64197 | 2 | 08-080-369 | 1/30/2008 | TRIPOD LIGHT | | 06 = Other |
| 164 | Z64197 | 3 | 08-080-369 | 1/30/2008 | LADDER (YELLOW) | | 06 = Other |
| 165 | Z64076 | 14 | 08-080-369 | 1/29/2008 | CRAFTSMAN LAWN MOWER | SD33191 | 06 = Other |
| 166 | Z64197 | 4 | 08-080-369 | 1/30/2008 | YARDMAN SNOW BLOWER | | 06 = Other |
| 167 | Z64197 | 5 | 08-080-369 | 1/30/2008 | MURRAY SNOW BLOWER | S003133340504 | 06 = Other |
| 168 | Z64076 | 15 | 08-080-369 | 1/29/2008 | MASTER CUT LAWN MOWER | K237K4 | 06 = Other |

# ROSE-MAR LIQUOR INVENTORY

| # | ID | | Code | Date | Description | Serial | Type |
|---|---|---|---|---|---|---|---|
| 169 | ZG4197 | 6 | 08-080-369 | 1/30/2008 | ROBINEX COOL TEC | 19080 | 06 = Other |
| 170 | ZG4197 | 7 | 08-080-369 | 1/30/2008 | HONDA 5.5 GENERATOR | HR1Z0078 | 06 = Other |
| 171 | ZG4197 | 8 | 08-080-369 | 1/30/2008 | EXTREME AIR 1COMPRESSOR | WL373000AJ | 06 = Other |
| 172 | ZG4076 | 16 | 08-080-369 | 1/29/2008 | CAMONDALE BIKE | | 14 = Bike |
| 173 | ZG4197 | 9 | 08-080-369 | 1/30/2008 | STANLEY AIR COMPRESSOR | 05940000332 7 | 06 = Other |
| 174 | ZG4076 | 17 | 08-080-369 | 1/29/2008 | SCHWIN ELECTRIC BIKE 180 | | 14 = Bike |
| 175 | ZG4076 | 18 | 08-080-369 | 1/29/2008 | PAREMONTEDGER | | 14 = Bike |
| 176 | ZG4197 | 10 | 08-080-369 | 1/30/2008 | DEWALT HAND SAW | 01568 | 06 = Other |
| 177 | ZG4076 | 19 | 08-080-369 | 1/29/2008 | TORO LAWN MOWER | 0019245 | 06 = Other |
| 178 | ZG4197 | 11 | 08-080-369 | 1/30/2008 | RIGID HAND SAW | G03372184 | 06 = Other |
| 179 | ZG4076 | 20 | 08-080-369 | 1/29/2008 | NAILER STANLEY | | 06 = Other |
| 180 | ZG4197 | 12 | 08-080-369 | 1/30/2008 | DEWALT BAND SAW | 03019200449 | 06 = Other |
| 181 | ZG4076 | 21 | 08-080-369 | 1/29/2008 | PIONEER WX100 | | 06 = Other |
| 182 | ZG4076 | 22 | 08-080-369 | 1/29/2008 | HILT DRILL | | 06 = Other |
| 183 | ZG4197 | 13 | 08-080-369 | 1/30/2008 | RYOBI DRILL | 32733277001-15833601 | 06 = Other |
| 184 | ZG4076 | 23 | 08-080-369 | 1/29/2008 | MILWAUKEE ROTARY HAMMER | 688A195120185 | 06 = Other |
| 185 | ZG4076 | 24 | 08-080-369 | 1/29/2008 | SKILL SAW | 320504 | 06 = Other |
| 186 | ZG4197 | 14 | 08-080-369 | 1/30/2008 | ROTOZIP SPIRAL SAW | 1021347 | 06 = Other |
| 187 | ZG4076 | 26 | 08-080-369 | 1/29/2008 | PIPE THREADER | | 06 = Other |
| 188 | ZG4076 | 25 | 08-080-369 | 1/29/2008 | DEWALT SAW | 202883 | 06 = Other |
| 189 | ZG4197 | 15 | 08-080-369 | 1/30/2008 | WINDSTORM BLOWER | 00343043 | 06 = Other |
| 190 | ZG4197 | 27 | 08-080-369 | 1/29/2008 | HP PRINTER | US63Q130F2 | 06 = Other |
| 191 | ZG4197 | 16 | 08-080-369 | 1/30/2008 | MILWAUKEE HAND SAW | A17A604495467 | 06 = Other |
| 192 | ZG4076 | 28 | 08-080-369 | 1/29/2008 | PAVILION PC UNIT | | 06 = Other |
| 193 | ZG4197 | 17 | 08-080-369 | 1/30/2008 | RYOBI SAW | G044334365 | 06 = Other |
| 194 | ZG4076 | 29 | 08-080-369 | 1/29/2008 | CASSETTE RECORDER | A003141 | 06 = Other |
| 195 | ZG4076 | 30 | 08-080-369 | 1/29/2008 | BOX ASSORTED ITEMS | | 06 = Other |
| 196 | ZG4197 | 18 | 08-080-369 | 1/30/2008 | MAKITN SAW | 328S7510601 | 06 = Other |
| 197 | ZG4076 | 31 | 08-080-369 | 1/29/2008 | BOX ASSORTED TOOLS | | 06 = Other |
| 198 | ZG4197 | 19 | 08-080-369 | 1/30/2008 | SKILL SAW | OK355428 | 06 = Other |
| 199 | ZG4076 | 32 | 08-080-369 | 1/29/2008 | RESPIRATOR | 2028376 | 06 = Other |
| 200 | ZG4076 | 33 | 08-080-369 | 1/29/2008 | SKILL SAW | HD588223 | 06 = Other |
| 201 | ZG4197 | 20 | 08-080-369 | 1/30/2008 | MILWAUKEE SAW | 32797993902 | 06 = Other |
| 202 | ZG4076 | 34 | 08-080-369 | 1/29/2008 | KARAOKE MACHINE | N228016886 | 06 = Other |

# ROSE-MAR LIQUOR INVENTORY

| | | | | | | |
|---|---|---|---|---|---|---|
| 203 | Z64076 | 08-080-369 | 1/29/2008 | ASSORTED ITEMS | | 06 = Other |
| 204 | Z64197 | 08-080-369 | 1/30/2008 | SANDER PROFILE | 32160089601 | 06 = Other |
| 205 | Z64076 | 08-080-369 | 1/29/2008 | KENWOOD AM/FM RECEIVER | 21007228 | 06 = Other |
| 206 | Z64197 | 08-080-369 | 1/30/2008 | TIMING LIGHT | 32221457201 | 06 = Other |
| 207 | Z64076 | 08-080-369 | 1/29/2008 | SONY 5 DISC SYSTEM | 8840140 | 06 = Other |
| 208 | Z64076 | 08-080-369 | 1/29/2008 | SONY CD PLAYER | 808647 | 06 = Other |
| 209 | Z64197 | 08-080-369 | 1/30/2008 | DEWALT DRILL | 778087 | 06 = Other |
| 210 | Z64076 | 08-080-369 | 1/29/2008 | BLACK DECKER SAW | | 06 = Other |
| 211 | Z64197 | 08-080-369 | 1/30/2008 | MILWAUKEE SAW | 413-416555 | 06 = Other |
| 212 | Z64076 | 08-080-369 | 1/29/2008 | BLACK DECKER ROTATOR HAMMER 9/75 | | 06 = Other |
| 213 | Z64076 | 08-080-369 | 1/29/2008 | SONY CD PLAYER | CDP101 | 06 = Other |
| 214 | Z64197 | 08-080-369 | 1/30/2008 | MILWAUKEE SAW | G03437Z354 | 06 = Other |
| 215 | Z64076 | 08-080-369 | 1/29/2008 | MAKITA DRILL | 0813592 | 06 = Other |
| 216 | Z64197 | 08-080-369 | 1/30/2008 | DEWALT DRILL | 18412 | 06 = Other |
| 217 | Z64076 | 08-080-369 | 1/29/2008 | AFRICA ARTIFACT | | 06 = Other |
| 218 | Z64076 | 08-080-369 | 1/29/2008 | NOBLE BUFFER | SPH17RBHD & HD17000082114GS | 06 = Other |
| 219 | Z64197 | 08-080-369 | 1/30/2008 | CRAFTSMAN SAW | 3331618202 | 06 = Other |
| 220 | Z64197 | 08-080-369 | 1/30/2008 | SKILL SAW | PA6GF33 | 06 = Other |
| 221 | Z64076 | 08-080-369 | 1/29/2008 | DEWALT POWER DRILL | 170712 | 06 = Other |
| 222 | Z64197 | 08-080-369 | 1/30/2008 | DEWALT SAW | | 06 = Other |
| 223 | Z64076 | 08-080-369 | 1/29/2008 | DEWALT SAW | 292512 | 06 = Other |
| 224 | Z64197 | 08-080-369 | 1/30/2008 | CRAFTSMAN DRILL | G0144 | 06 = Other |
| 225 | Z64076 | 08-080-369 | 1/29/2008 | DEWALT DRILL | 261062 | 06 = Other |
| 226 | Z64076 | 08-080-369 | 1/29/2008 | DEWALT DRILL | 170650 | 06 = Other |
| 227 | Z64197 | 08-080-369 | 1/30/2008 | BOSCH DRILL | 38401318 | 06 = Other |
| 228 | Z64076 | 08-080-369 | 1/29/2008 | DEWALT DRILL | 76400023E | 06 = Other |
| 229 | Z64197 | 08-080-369 | 1/30/2008 | RYOBI DRILL | G044307715 | 06 = Other |
| 230 | Z64076 | 08-080-369 | 1/29/2008 | DEWALT DRILL | 158854 | 06 = Other |
| 231 | Z64076 | 08-080-369 | 1/29/2008 | DEWALT BATTERY CHARGER | | 06 = Other |
| 232 | Z64197 | 08-080-369 | 1/30/2008 | VARIOUS ELECTRICAL TOOLS & DRILLS/SAWS | | 06 = Other |
| 233 | Z64076 | 08-080-369 | 1/29/2008 | BINOCULARS SUPER ZENITH | NBT7033 | 06 = Other |
| 234 | Z64076 | 08-080-369 | 1/29/2008 | DEWALT CHARGERS - 2 | | 06 = Other |
| 235 | Z64197 | 08-080-369 | 1/30/2008 | BLACK & DECKER SANDER | 0137-7 | 06 = Other |
| 236 | Z64076 | 08-080-369 | 1/29/2008 | SEARS BINOCULARS WITH CASE | 6219 | 06 = Other |

# ROSE-MAR LIQUIOR INVENTORY

| | | | | | Description | Serial Number | Code |
|---|---|---|---|---|---|---|---|
| 237 | Z64076 | 55 | 08-080-369 | 1/29/2008 | DEWALT DRILL | 313979 | 06 = Other |
| 238 | Z64197 | 35 | 08-080-369 | 1/30/2008 | RYOBI DRILL | G0338 | 06 = Other |
| 239 | Z64076 | 56 | 08-080-369 | 1/29/2008 | DEWALT DRILL | 6640 | 06 = Other |
| 240 | Z64197 | 36 | 08-080-369 | 1/30/2008 | BLACK & DECKER SAW | Z0032447 | 06 = Other |
| 241 | Z64076 | 57 | 08-080-369 | 1/29/2008 | BOSTICH NAIL GUN | | 06 = Other |
| 242 | Z64076 | 58 | 08-080-369 | 1/29/2008 | DEWALT BATTERY | | 06 = Other |
| 243 | Z64076 | 59 | 08-080-369 | 1/29/2008 | JOHN KIRLIN HAMMER DRILL | | 06 = Other |
| 244 | Z64197 | 37 | 08-080-369 | 1/30/2008 | BLACK & DECKER DRILL | Z0021249 | 06 = Other |
| 245 | Z64076 | 60 | 08-080-369 | 1/29/2008 | AFRICAN ARTIFACT | | 06 = Other |
| 246 | Z64197 | 38 | 08-080-369 | 1/30/2008 | SKILL SAW | PA466F33 | 06 = Other |
| 247 | Z64076 | 61 | 08-080-369 | 1/29/2008 | COLLECTIBLE STAMPS | | 06 = Other |
| 248 | Z64197 | 39 | 08-080-369 | 1/30/2008 | RYOBI DRILL | G041004950 | 06 = Other |
| 249 | Z64076 | 62 | 08-080-369 | 1/29/2007 | DEWALT RADIO & BATTERY CHARGER | | 06 = Other |
| 250 | Z64076 | 63 | 08-080-369 | 1/29/2008 | PAINT SPRAYER (ONACO) | | 06 = Other |
| 251 | Z64197 | 40 | 08-080-369 | 1/30/2008 | SKILL DRILL | 246802 | 06 = Other |
| 252 | Z64076 | 64 | 08-080-369 | 1/29/2008 | COLLECTIBLE BASEBALL CARDS | | 06 = Other |
| 253 | Z64076 | 82 | 08-080-369 | 1/29/2008 | LOUISVILLE LADDER (RED) | | 06 = Other |
| 254 | Z64076 | 65 | 08-080-369 | 1/29/2008 | MILWAUKEE SAWMILL W/ CASE | 808D399520157 | 05 = Medium Box |
| 255 | Z64076 | 83 | 08-080-369 | 1/29/2008 | (4)BOXES OF CUFFLINKS MONEY CLIP EARRINGS SILVER CLIP | 317572/95 C3U11 MONA | 06 = Other |
| 256 | Z64076 | 66 | 08-080-369 | 1/29/2008 | HILTI HAMMER DRILL W/CASE | 356499H1 MONA 3317 | 05 = Medium Box |
| 257 | Z64076 | 67 | 08-080-369 | 1/29/2008 | HILTI HAMMER DRILL W/CASE | | 06 = Other |
| 258 | Z64076 | 84 | 08-080-369 | 1/29/2008 | MARKSMAN REPEATER BB GUN 177 | | 06 = Other |
| 259 | Z64076 | 68 | 08-080-369 | 1/29/2008 | ICE CLIMBING PICK | | 06 = Other |
| 260 | Z64076 | 85 | 08-080-369 | 1/29/2008 | ASSORTED COSTUME JEWELRY | | 06 = Other |
| 261 | Z64076 | 69 | 08-080-369 | 1/29/2008 | POWER MASTER BB GUN | N99211035 | 06 = Other |
| 262 | Z64076 | 70 | 08-080-369 | 1/29/2008 | MACHETE | | 06 = Other |
| 263 | Z64076 | 71 | 08-080-369 | 1/29/2008 | SONY CAMCORDER | 1033753 | 06 = Other |
| 264 | Z64076 | 86 | 08-080-369 | 1/29/2008 | ASSORTED WATCHES (25) | | 06 = Other |
| 265 | Z64076 | 72 | 08-080-369 | 1/29/2008 | TOOL BOX | | 06 = Other |
| 266 | Z64076 | 87 | 08-080-369 | 1/29/2008 | LOCK PICK KIT, SPOONS | | 06 = Other |
| 267 | Z64076 | 73 | 08-080-369 | 1/29/2008 | TOOL BOX | | 06 = Other |
| 268 | Z64076 | 74 | 08-080-369 | 1/29/2008 | 131 BILLS OF FOREIGN COINS | | 06 = Other |
| 269 | Z64076 | 88 | 08-080-369 | 1/29/2008 | ASSORTED JEWELRY | | 06 = Other |

# ROSE-MAR LIQUIOR INVENTORY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 270 | Z64076 | 75 | 08-080-369 | 1/29/2008 | 37 PIECES OF FOREIGN COINS 1 FOREIGN BILL | | 06 = Other |
| 271 | Z64076 | 76 | 08-080-369 | 1/29/2008 | 13 CENTS US CURRENCY | | 06 = Other |
| 272 | Z64076 | 77 | 08-080-369 | 1/29/2008 | HANDCUFFS & TASER | | 06 = Other |
| 273 | Z64076 | 89 | 08-080-369 | 1/29/2008 | BOX OF DOCUMENTS RETURN PAYROLL CHECKS | | 06 = Other |
| 274 | Z64076 | 78 | 08-080-369 | 1/29/2008 | HILTI DRILL W/ CASE | 2378 | 06 = Other |
| 275 | Z64076 | 79 | 08-080-369 | 1/29/2008 | ALUMINUM DOTS | | 06 = Other |
| 276 | Z64076 | 80 | 08-080-369 | 1/29/2008 | SUNBEAM SCALE | | 06 = Other |
| 277 | Z64076 | 90 | 08-080-369 | 1/29/2008 | ASSORTED JEWELRY | | 06 = Other |
| 278 | Z64076 | 81 | 08-080-369 | 1/29/2008 | HUSKY LADDER | 0147000-00 | 06 = Other |
| 279 | Z64076 | 91 | 08-080-369 | 1/29/2008 | ASSORTED JEWELRY | | 06 = Other |